UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOE,

    Plaintiffs,

v.

MONTCALM COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:25-cv-418

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Plaintiffs' "Motion to Voluntarily Dismiss Certain Defendants and for Leave to Amend Complaint" (ECF No. 21). Having reviewed the submission, the Court will grant Plaintiffs' motion, as allowed by Rule 15(a)(1) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Voluntarily Dismiss Certain Defendants and for Leave to Amend Complaint (ECF No. 21) is GRANTED, and any amended complaint shall be filed not later than June 2, 2025.

Dated: May 19, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge